**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHANN L. SMITH
ADC # 100228                                                                                                    PLAINTIFF

v.                              CASE NO. 5:10-cv-00310-SWW-JJV

ARKANSAS DEPARTMENT
OF CORRECTION                                                         DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 21st day of April, 2011.

                                                                           /s/Susan Webber Wright
                                                                           UNITED STATES DISTRICT JUDGE